FILED
JAN - 9 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **SECOND SUPERSEDING INDICTMENT** |
| Plaintiff, | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| RICO DESHAUN MAULDIN, BRANDON LAMAR WILSON, | ) | CASE NO. 1:23-CR-00231 |
| Defendants. | ) | Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), (b)(1)(C) and 846; and Title 18, United States Code, Sections 1952(a)(3), 922(g)(1) and 924(a)(8) |

## COUNT 1

(Conspiracy to Distribute and Possess with Intent to Distribute
a Controlled Substance, 21 U.S.C. § 846)

The Grand Jury charges:

1. From on or about July 27, 2021, to on or about April 4, 2023, in the Northern District of Ohio, Eastern Division, Defendants RICO DESHAUN MAULDIN, Joshua A. Tucker (Charged in the original indictment and first superseding indictment), John Eakin Kaufman (Charged in the first superseding indictment) and BRANDON LAMAR WILSON did knowingly and intentionally combine, conspire, confederate, and agree together and with each other and with diverse others known and unknown to the Grand Jury, to distribute and possess with the intent to distribute methamphetamine (actual), a Schedule II controlled substance, and fentanyl, a Schedule II controlled substance. As to defendant RICO DESHAUN MAULDIN, this defendant conspired to possess with intent to distribute and to distribute 50 grams or more of

methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A); and 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B). As to defendant BRANDON LAMAR WILSON, this defendant conspired to possess with intent to distribute and to distribute methamphetamine (actual), a Schedule II controlled substance; and a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2
(Distribution of a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A), and 18 U.S.C. § 2)

The Grand Jury further charges:

2. From on or about May 3, 2022, to on or about May 5, 2022, in the Northern District of Ohio, Eastern Division, Defendants RICO DESHAUN MAULDIN and Joshua A. Tucker (Charged in the original indictment and superseding indictment), did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 3
(Distribution of a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

3. From on or about July 21, 2022, to on or about July 22, 2022, in the Northern District of Ohio, Eastern Division, Defendant RICO DESHAUN MAULDIN did knowingly and

intentionally distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

COUNT 4
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

4. On or about March 10, 2023, in the Northern District of Ohio, Eastern Division, Defendant RICO DESHAUN MAULDIN did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 5
(Interstate Transportation in Aid of Racketeering, 18 U.S.C. §§ 1952(a)(3))

The Grand Jury further charges:

5. On or about March 10, 2023, in the Northern District of Ohio, Eastern Division, Defendant RICO DESHAUN MAULDIN, did travel in interstate commerce from the State of Maryland to the State of Ohio, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, to wit: a business enterprise involving the distribution of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and RICO DESHAUN MAULDIN thereafter did perform and attempt to perform acts to promote, manage, carry on, and facilitate the promotion, management, and carrying on of said unlawful activity, in violation of Title 18, United States Code, Section 1952(a)(3).

<u>COUNT 6</u>
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

6. On or about April 3, 2023, in the Northern District of Ohio, Eastern Division, Defendant RICO DESHAUN MAULDIN did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

<u>COUNT 7</u>
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

7. On or about April 4, 2023, in the Northern District of Ohio, Eastern Division, Defendant RICO DESHAUN MAULDIN knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, being: Drug Trafficking, on or about January 3, 2019, in Case Number CR-18-629769, in the Court of Common Pleas, Cuyahoga County, Ohio, knowingly possessed in and affecting interstate commerce firearm, to wit: a ROMARM/CUGIR, 762 caliber, rifle, bearing serial number 21PT-001389; a Glock, model 19, 9 mm, pistol, bearing serial number AENG290; a Taurus, model G2C, 9 mm, pistol, bearing serial number ACM596516, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

<u>FORFEITURE</u>

The Grand Jury further charges:

8. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 981(a)(1)(C); Title 18, United States Code,

4

Section 924(d)(1); and Title 28 United States Code, Section 2461(c), the allegations of Counts 1 through 7 are incorporated herein by reference. As a result of the foregoing offenses, Defendant RICO DESHAUN MAULDIN, and BRANDON WILSON, shall forfeit to the United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of such violations; and any and all of their property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; any firearm and ammunition involved in or used in such violations; and any property real or personal, which constitutes or is derived from proceeds traceable to such violations.

                                                                  A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.